DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONNIE LEON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2025-0456 and 4D2025-0580

[May 20, 2026]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case Nos. 472022CF000459CFAXMX and 472024CF000359CFAXMX.

Daniel Eisinger, Public Defender, and Ethan Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

***ON CONFESSION OF ERROR***

PER CURIAM.

Appellant Connie Leon appeals the trial court's denial of her Florida Rule of Criminal Procedure 3.800(b)(2) motions to correct sentencing errors in two cases, arguing that the errors in both scoresheets require resentencing.[1] We reverse only for the ministerial corrections of the scrivener's errors in the scoresheets and affirm all other issues raised without comment.

In the 2022 case, the scoresheet erroneously listed the primary offense as possession of methamphetamine. In the 2024 case, the scoresheet listed the incorrect case number, offense date and primary offense. "Florida courts have consistently permitted the correction of scrivener's errors." *Allen v. State*, 421 So. 3d 708, 710 (Fla. 4th DCA 2025). As the

---

[1] Case 2022000459CF ("2022 case") and case 2024000359CF ("2024 case").

State correctly concedes error on these issues, we reverse and remand for the correction of these scrivener's errors.

*Affirmed in part, reversed in part and remanded.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

*  *  *

**Not final until disposition of timely-filed motion for rehearing.**